IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND, | No. C 06-06654 CW |
| Plaintiff, | ORDER |
| v. | |
| VICTORY BUILDING MAINTENANCE, INC., | |
| Defendant. / | |

Default having been entered by the Clerk on January 10, 2007,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for February 2, 2007, is continued to June 1, 2007, at 1:30 p.m.

Dated: 1/11/07

CLAUDIA WILKEN
United States District Judge

cc: Wings