IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>VICTORY BUILDING MAINTENANCE, INC.,<br><br>        Defendant(s). | No. C 06-6654 CW (MEJ)<br><br>**ORDER CONTINUING HEARING RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

    Pending before the Court is Plaintiffs' Motion for Default Judgment, with a noticed hearing date of March 15, 2007. Please take notice that the Court CONTINUES the hearing date to March 29, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. This continuance shall not affect the briefing schedule.

    **Plaintiff's counsel shall serve this order on Defendant.**

    **IT IS SO ORDERED.**

Dated: March 1, 2007

                                            MARIA-ELENA JAMES<br>                                            United States Magistrate Judge

2