IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>VICTORY BUILDING MAINTENANCE, INC.,<br><br>    Defendant. | No. 06-06654 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation Re: Plaintiffs' Motion for Default Judgment, as well as Plaintiffs' objection to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED. The Clerk shall enter judgment.

Dated:  5/2/07

_[signature: Claudia Wilken]_
CLAUDIA WILKEN
United States District Judge