IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND. | No. C-06-6654 CW (MEJ) |
| Plaintiff(s), | NOTICE AND ORDER OF EX PARTE APPLICATION FOR APPEARANCE AND EXAMINATION |
| vs. | |
| VICTORY BUILDING MAINTENANCE INC., Defendant(s). | |

PLEASE TAKE NOTICE that Plaintiff's Ex Parte Application and Order for Appearance and Examination of President and Sole Director Of Victory Building Maintenance, Inc. (Victor Vesci) filed in the above-captioned case has been scheduled for Order of Examination before Magistrate Judge Maria-Elena James. The Order of Examination shall take place on **March 6, 2008 at 9:00 a.m**. in **Judge James' chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. On the date of the examination, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: February 11, 2008

MARIA-ELENA JAMES
United States Magistrate Judge